| | |
|---|---|
| 1 | KASSRA P. NASSIRI (215405) |
| | ANDREW R. KISLIK (118772) |
| 2 | NASSIRI & JUNG LLP |
| | 47 Kearny Street, Suite 700 |
| 3 | San Francisco, California 94108 |
| | Telephone: (415) 762-3100 |
| 4 | Facsimile: (415) 534-3200 |
| 5 | Attorneys for Defendant |
| | TURNER CONTRACTING, INC. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD SUTTON, an individual, on his own behalf and on behalf of all others similarly situated, | **Case No. 5:17-cv-02051-LHK** |
| | [Santa Clara County Superior Court Case No. 17CV307173] |
| Plaintiff, | |
| v. | [~~PROPOSED~~] **JUDGMENT** |
| TURNER CONTRACTING, INC., an Indiana Corporation, and DOES 1-100, inclusive, | |
| Defendants. | |

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, and in accordance with the Rule 68 Offer and Acceptance filed with this Court, the Clerk of this Court hereby enters Judgment as follows:

IT IS HEREBY ORDERED AND ADJUDGED that:

1. Plaintiff Reginald Sutton's class claims in this action are dismissed without prejudice: and
2. Defendant Turner Construction Company shall pay to Plaintiff Reginald Sutton the sum of $20,000, which includes all costs and attorneys' fees otherwise recoverable in this action.

The Clerk shall close the case.

DATED: June 8, 2017

*Lucy H. Koh*

CLERK OF UNITED STATES DISTRICT COURT